In the Matter of GEORGE BLUMENTHAL et al., Appellants, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and MIGUEL KOTY, on Behalf of Himself and 116 Others Similarly Situated, Intervener, Defendant-Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 985.]

### (November 10, 1948.)

In the Matter of CAROLYN SILBERMANN, Respondent, against FERDINAND Q. MORTON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Motion for reargument denied. Motion for stay granted provided petitioner proceeds expeditiously to review the orders in question in the Court of Appeals on certified questions for which leave is granted on questions to be certified. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See 273 App. Div. 805.]

ERIC CALAMIA, Individually and Trading under the Name of REINHARD BROS., v. GOLDSMITH BROS., INC.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ. [See ante, p. 884.]

### (November 15, 1948.)

In the Matter of NATIONAL CASH REGISTER COMPANY, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Order affirmed, with $20 costs and disbursements.

PECK, P. J., and VAN VOORHIS, J. (dissenting). As respondent has opened the question of petitioner's sales tax liability and determined a deficiency for past years, it seems to us that petitioner should be entitled to set off, against any deficiency finally determined, the amount of any overpayment of sales taxes made during the period under review, although petitioner did not file a timely refund claim. While the claim of respondent for a deficiency does not arise out of the same transactions as petitioner's claim for recoupment, both claims relate to the same tax during the same period, and we think it would be no undue extension of the principle of recoupment, but only fair, to apply it in this case.

We dissent and vote to reverse and deny the motion.

Glennon, Dore and Cohn, JJ., concur in decision; Peck, P. J., and Van Voorhis, J., dissent and vote to reverse and deny the motion, in an opinion.

Order affirmed, with $20 costs and disbursements. No opinion.

SIGMUND STOEGER, Appellant, v. ITALO A. FUGAZY, Conducting Business under the Name of FUGAZY TRAVEL BUREAU, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.